FORM NO. 2 (LF002)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**In re**  Joseph Dunlap   **Case No.** 17-20434
**Debtor(s).**  **Chapter 13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

**DEBTOR(S):** (H) Joseph Dunlap     S.S.# xxx-xx-4559
(W) ____     S.S.# ____

**ADDRESS:** 6591 Sleepy Oak Drive
Memphis, TN 38141

**PLAN PAYMENT:** Debtor(s) to pay $ 275.00 (weekly, every two weeks, semi-monthly, monthly)
**PAYROLL DEDUCTION:** Aaron's Sales and Leasing   OR ( ) DIRECT PAY
3033 Goodman Rd, Ste B   BECAUSE: ____
Hornlake, MS 38637   FIRST PAYMENT DATE: ____

**PLACE OF EMPLOYMENT:**
**ADMINISTRATIVE:** Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

**AUTO INSURANCE:** (✓) Not included in Plan   ( ) Included in Plan   $ ____
**CHILD SUPPORT:** Future support through Plan to ____   $ ____
Child support arrearage amount ____   $ ____
**PRIORITY CREDITORS:** ____   $ ____

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the debtor(s).
Nationstar Mortgage    ongoing pmt. begin  March 1 , 2017   $ 490.00
Approx. arrearage $ 2,574.96   Interest ____ %   $ 43.00
____ ongoing pmt. begin ____ , ____   $ ____
Approx. arrearage ____ Interest ____ %   $ ____

**SECURED CREDITORS:**
(retain lien 11 U.S.C. § 1325{a}{5})

| Amount Owed | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| ____ | $ ____ | ____ % | $ ____ |
| ____ | $ ____ | ____ % | $ ____ |
| ____ | $ ____ | ____ % | $ ____ |
| ____ | $ ____ | ____ % | $ ____ |
| ____ | $ ____ | ____ % | $ ____ |
| ____ | $ ____ | ____ % | $ ____ |
| ____ | $ ____ | ____ % | $ ____ |

**UNSECURED CREDITORS:** Pay  TBD  % of these claims after above claims are paid or pay all disposable income for term of plan;
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:** $ 41,580.00
**TERMINATION:** Plan shall terminate upon payment of the above, approximately  60  months.
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive  TBD  %